IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DAVID NEALY, JR, | * |
| Plaintiff, | * |
| v. | Case No.   5:25-cv-00414-MTT-ALS |
| | * |
| JUDGE EDWARD D LUKEMIRE et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 13, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 14th day of January, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk